IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02220-CMA-BNB

EUGENE A. EHLER, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

IPEX, INC., and
IPEX USA, LLC,

Defendants.

_____

## ORDER
_____

This matter arises on the **Motion to Join Francis Cordes and Shivanii Singh In Their Individual Capacities and as Representatives of the Class Pursuant to Fed. R. Civ. P. 20(a)(1)** [Doc. # 23, filed 3/20/2009] (the "Motion to Amend"). I also am aware of the Joint Motion to Enter Agreed Upon Order [etc.] [Doc. # 29, filed 4/6/2009], which addresses matters raised in the Motion to Amend but which has not been referred to me for determination. I held a hearing on the Motion to Amend this afternoon and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record this afternoon:

IT IS ORDERED that the Motion to Amend is GRANTED. The Clerk of the Court is directed to accept for filing the Third Amended Complaint [Doc. # 23-2].

IT IS FURTHER ORDERED that the case schedule is modified to the following extent:

| | |
|---|---|
| Deadline to Join Parties and Amend Pleadings: | **May 15, 2009** |
| Discovery Cut-Off: | **January 11, 2010** |
| Deadline to File Motion for Class Certification: | **October 1, 2009** |
| Dispositive Motions Deadline: | **February 15, 2010** |

Expert Witness Designations:

(a) The plaintiffs shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **September 1, 2009**

(b) The defendants shall designate all experts and rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **October 5, 2009**

(c) The plaintiffs shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **November 5, 2009**

Final Pretrial Conference:

The final pretrial conference set for February 9, 2010, at 9:00 a.m., is VACATED and RESET to **April 6, 2010, at 8:30 a.m.**  A Final Pretrial Order shall be prepared by the parties and submitted to the court no later than **March 30, 2010**.

Dated April 14, 2009.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge