### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 08-cv-02220-CMA-BNB

EUGENE A. EHLER, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

IPEX, INC., and
IPEX USA, LLC,

    Defendants.
_____

### ORDER ON MOTION FOR LEAVE TO FILE SUR-REPLY
_____

    Plaintiffs' Unopposed Motion for Leave to File Sur-Reply to Defendants' Reply to Plaintiffs' Response to Motion to Transfer Venue Pursuant to 28 U.S.C.§ 1404(a) (Doc. 33), filed April 13, 2009, is GRANTED and Plaintiffs' Sur-Reply, attached to its motion is accepted as filed.

    DATED: April 29, 2009.

                                      BY THE COURT:

                                      _____
                                      CHRISTINE M. ARGUELLO
                                      United States District Judge