UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 08-cv-02220-CMA-BNB

EUGENE A. EHLER,
FRANCIS CORDES, and
SHIVANII SINGH, individually and on behalf of all others similarly situated,

      Plaintiffs,

v.

IPEX, INC. and
IPEX USA, LLC,

      Defendants.

## ORDER GRANTING DISMISSAL AS TO PLAINTIFF EUGENE A. EHLER ONLY

This matter, having come before the Court on the parties' Stipulation for Dismissal Without Prejudice as to Eugene A. Ehler Only (Doc. # 45), and the Court being fully advised in the premises, it is hereby

ORDERED that Plaintiff Eugene A. Ehler is DISMISSED WITHOUT PREJUDICE from this action, each party to bear his or its own attorneys' fees and costs. It is

FURTHER ORDERED that Defendants' Motion to Transfer Venue (Doc. # 17) is deemed withdrawn as of the date of this Order.

      DATED: May __20__, 2009

                                    BY THE COURT:

                                    _____
                                    CHRISTINE M. ARGUELLO
                                    United States District Judge