**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-02220-CMA-BNB

FRANCIS CORDES, and
SHIVANII SINGH, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

IPEX, INC., and
IPEX USA, LLC,

    Defendants.

---

**ORDER GRANTING STAY OF ALL PROCEEDINGS PENDING DECISION BY
THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

---

This matter is before the Court on Defendants' Unopposed Motion To Stay All Proceedings Pending Decision By The Judicial Panel On Multidistrict Litigation (Doc. # 60).  Upon due consideration, the Court hereby

ORDERS that Defendants' motion is GRANTED.  All proceedings in the above-captioned case are hereby STAYED and all pre-trial deadlines are suspended pending a decision by the Judicial Panel on Multidistrict Litigation on Defendants' motion to transfer this case pursuant to 28 U.S.C. § 1407.

    DATED: August __14__, 2009

                                                BY THE COURT:

                                                _____
                                                CHRISTINE M. ARGUELLO
                                                United States District Judge